IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. HUBER, | Civil Action No. 2:11-183 |
| Plaintiff, | Chief Judge Lancaster |
| | Electronically Filed |
| v. | |
| VIRGINIA TERRACE LP, ET AL. | |
| Defendants. | |

### ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 12/12/11

_____
Gary L. Lancaster
Chief United States District Judge